■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHYREL JOLLS, Appellant.— Appeal from order entered December 5, 1961, unanimously dismissed on the ground that it is not an appealable order. Order entered January 12, 1962, unanimously affirmed. Memorandum: There is doubt whether the order of January 12, 1962, is an appealable order but, if it is, we find that it is based upon adequate evidence and, therefore, we affirm the order. (Appeal from order of Erie County Court entered January 12, 1962, confirming report in part of psychiatrists and committing defendant to Matteawan State Hospital until she becomes sane and then to be returned to court to face charges; also appeal from order of Erie County Court entered December 5, 1961, denying defendant's motions for investigation of defendant under section 312-c of the Code of Criminal Procedure and to take evidence concerning defendant.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ LILLIAN HILLIKER, as Administratrix of the Estate of NELSON W. HILLIKER, Deceased, Appellant, v. STATE OF NEW YORK, Respondent.— Judgment unanimously affirmed, without costs of this appeal to either party. (Appeal from judgment of Court of Claims dismissing the claim.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ In the Matter of ALICE R. GAMMON, Petitioner, v. CARL J. COSTANTINO, as Probation Director of Niagara County, Respondent.— Determination unanimously confirmed, without costs. (Review of the determination of Probation Director of Niagara County dismissing petitioner as Probation Officer, which proceeding was transferred to the Appellate Division for determination by order of Niagara Supreme Court.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS H. SCOTT, Appellant.— Order unanimously affirmed. (Appeal from order of Erie Supreme Court denying a motion to vacate a judgment of conviction for robbery, third degree, on which defendant was sentenced as a third offender on November 19, 1948, without a hearing.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE KRZYWOSZ, Appellant.— Order unanimously affirmed. (Appeal from order of Erie County Court denying a motion to vacate a judgment of conviction for grand larceny, second degree on February 28, 1938, without a hearing.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE McNAIR, Appellant.— Order unanimously affirmed. (Appeal from order of Erie County Court denying a motion to vacate a judgment of conviction for robbery, first degree, on May 31, 1956.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENNIE SIMMS, Appellant.— Order unanimously affirmed. (Appeal from order of Erie County Court denying a motion to vacate a judgment of conviction for a violation of subdivision 3 of section 1751 of the Penal Law [possession of narcotics] on June 16, 1962, without a hearing.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.